referee to make whatever apportionment is necessary upon the premises, based upon the last assessed valuation thereof by the town assessors, and leaving such apportionment to be based upon the value of said premises, to be ascertained by the referee, and, as so modified, affirmed, with costs of this appeal.

McLENNAN, P. J., votes for reversal of the judgment upon the ground that it should have directed that contribution be made by the defendants in inverse order of alienation.

MANHEIM, Respondent, v. COOPER, Appellant. (Supreme Court, Appellate Division, First Department. December 11, 1903.) Action by Leopold Manheim against Michael Cooper. D. F. Kiely, for appellant. A. I. Spiro, for respondent. No opinion. Judgment affirmed, with costs.

MANNING, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1903.) Action by John E. Manning against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

MAROTTO v. McCOTTER. (Supreme Court, Appellate Term. December 17, 1903.) Action by Giacchi Marotto against William S. McCotter. Judgment for defendant, and plaintiff appeals. Affirmed. See 85 N. Y. Supp. 431. Charles E. Le Barbin, for appellant. William F. Kimber, for respondent.

PER CURIAM. The plaintiff lost all his rights and claims under the lease by failing to pay the rent reserved in it, and suffering himself to be dispossessed for the nonpayment thereof. The defendant was in no way responsible for the acts of the new landlord, and the lower court was extremely liberal in allowing evidence of them. The judgment must be affirmed, with costs.

MARTIN, Respondent, v. NEW TRINIDAD LAKE ASPHALT CO., Limited, Appellant. (Supreme Court, Appellate Division, First Department. January 8, 1904.) Action by William D. Martin against the New Trinidad Lake Asphalt Company, Limited. L. L. Kellogg, for appellant. H. B. Johnson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MAXWELL, Respondent, v. WHITAKER, Appellant, et al. (Supreme Court, Appellate Division, First Department. January 8, 1904.) Action by George T. Maxwell against James K. Whitaker and others. W. C. Prime, for appellant. E. Conway, for respondent Maxwell. L. E. Sexton, for respondents Whitaker and others. No opinion. Judgment affirmed, with costs.

MAYBAUM, Appellant, v. MEYER, Respondent. (Supreme Court, Appellate Division, First Department. December 24, 1903.) Action by August H. Maybaum against Louis Meyer. A. F. Van Thun, Jr., for appellant. M. J. Katz, for respondent. No opinion. Judgment and order affirmed, with costs.

MERTENS, Respondent, v. MERTENS, Appellant. (Supreme Court, Appellate Division, First Department. December 11, 1903.) Action by Laura E. Mertens, as administratrix, against Frederick W. Mertens. J. M. Proskauer, for appellant. R. Foster, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re MILLER'S ESTATE. (Supreme Court, Appellate Division, First Department. December 24, 1903.) In the matter of the estate of William R. Miller, deceased. L. Frankel, for appellant. F. Martin, for respondent. No opinion. Order affirmed, with costs and disbursements, to be taxed in the Surrogate's Court.

MINSHULL, Respondent, v. WASHBURN, Appellant, et al. (Supreme Court, Appellate Division, Second Department. December 30, 1903.) Action by Sarah E. Minshull against Thomas J. Washburn and another. No opinion. Judgment and order unanimously affirmed, with costs.

MINSHULL, Respondent, v. WASHBURN, Appellant, et al. (Supreme Court, Appellate Division, Second Department. December 30, 1903.) Action by William J. Minshull against Thomas J. Washburn and another. No opinion. Judgment and order unanimously affirmed, with costs.

MOHAWK GAS CO. OF SCHENECTADY, Appellant, v. BECKWITH, Respondent. (Supreme Court, Appellate Division, Third Department. January 6, 1904.) Action by the Mohawk Gas Company of Schenectady against Charles D. Beckwith. No opinion. Judgment and order unanimously affirmed, with costs.

MONTGOMERY, Respondent, v. LARGE, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 8, 1903.) Action by Benjamin C. Montgomery against Lottie D. Large.

PER CURIAM. Order affirmed, with $10 costs and disbursements; SPRING, J., dissenting. Motion to dismiss appeal denied.

MOORE, Appellant, v. COLER et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 16, 1904.) Action by Edwin E. Moore against William N. Coler, Sr., and others. No opinion. Order affirmed, with costs.

MOORE et al., Appellants, v. EMSLIE, Respondent. (Supreme Court, Appellate Division, First Department. December 11, 1903.) Action by Joseph Moore and others against James Emslie. J. H. Hazelton, for appellants. W. J. Groo, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.